# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ELIZABETH TRASK, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | )   Case No. 1:18-cv-00026-JDL |
| | ) |
| THE HARTFORD, | ) |
| | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL

COMES NOW the parties, by counsel, and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the Parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear her/its own costs and attorney fees.

Dated:  June 20, 2018

*Counsel for Plaintiff,*

By:  /s/ Charles W. March
Charles W. March
Katherine M. Gatti
Injured Workers' Legal Center
P.O. Box 419
Topsham, ME  04086
Phone: (207) 874-4771
cmarch@iwlcadvocate.com

*Counsel for Defendant,*

By:/s/ Byrne J. Decker
Byrne J. Decker
Steven J. Silver
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
477 Congress Street, 5th Floor
Portland, ME 04101
Phone: (207) 387-2963
b.decker@ogletree.com

## CERTIFICATE OF SERVICE

      Pursuant to Fed.R.Civ.P. 5(b)(2)(E), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

      /s/ Byrne J. Decker
      Byrne J. Decker

34547652.1